AO 451  (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| A&G Coal Corp. and Meg-Lynn Land Co., Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  12-CV-5293-ALC |
| Integrity Coal Sales, Inc. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___ 06/11/2013 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: February 3, 2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

A&G COAL CORPORATION and          :    **ECF Case**
MEG-LYN LAND COMPANY, INC.,        :
                                                        :    12-CV 5293 (ALC)
                    Petitioners,              :
                                                        :    ~~AMENDED JUDGMENT~~
          -against-                              :
                                                        :    #13, 1308
INTEGRITY COAL SALES, INC.,          :
                                                        :
                    Respondent.              :

-------------------------------------------------- x

     Petitioners A&G Coal Corporation and Meg-Lynn Land Company, Inc., having moved to vacate an arbitration award (the "Arbitration Award") against Respondent Integrity Coal Sales, Inc.; Respondent having opposed Petitioners' motion and having cross-petitioned to confirm the Award in their favor, and the matter having been brought before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on May 21, 2013, having issued its Opinion and Order granting the cross-petition to confirm the Arbitration Award, and denying the petition to vacate the Arbitration Award, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 21, 2013, the cross-petition to confirm the Arbitration Award is Granted, and the petition to vacate the Arbitration Award is Denied. Respondents shall have judgment against A&G Coal Corporation and Meg-Lynn Land Company, Inc. in the amount of $21,074,300.30, together with post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961 on the balance of the total judgment from and including May 31, 2013, until the date that the amount of this Amended Judgment is paid in full.

**Dated:** New York, New York
      June 11 , 2013

                               RUBY J. KRAJICK
                                Clerk of Court
        By:
                                Deputy Clerk

48578248_1

CERTIFIED AS A TRUE COPY ON

THIS DATE   2/3/15

BY _____
      ( ) Clerk
      (✓) Deputy

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**