UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A&G COAL CORPORATION and<br>MEG-LYN LAND COMPANY, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEGRITY COAL SALES, INC.<br><br>    Defendant,<br><br>    v.<br><br>XCOAL ENERGY & RESOURCES, LLC and<br>ELKEM MATERIALS, INC.,<br><br>    Garnishees. | No. 2:15-mc-91 |

## WRIT OF EXECUTION

UNITED STATES OF AMERICA,
WESTERN DISTRICT OF PENNSYLVANIA:

    TO:    United States Marshal of the Western District of Pennsylvania:

To satisfy judgment, interest, and costs against Plaintiff A&G Coal Corporation ("A&G"):

    1.    You are directed to levy upon the property of A&G to sell its interest therein;

    2.    You are also directed to attach the property of A&G in possession of Elkem Materials, Inc., as Garnishee, and to notify Garnishee that:

        a) an Attachment has been issued;

        b) the Garnishee is enjoined from paying any debt to or for the account of A&G and delivering any property of A&G or otherwise disposing thereof;

2

      3.      If property of A&G not levied upon and subject to Attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount Due:  $ 21,074,300.30

Interest:       To be calculated.

Costs:         To be calculated.

Plus costs of service of writ of execution.

    s/Robert V. Barth, Jr.
_____
CLERK

    s/Michael J. Lutz
_____
DEPUTY CLERK

DATED:  3/11/15

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>A&G COAL CORPORATION and MEG-LYNN LAND COMPANY, INC. | COURT CASE NUMBER<br>2:15-mc-91 |
| DEFENDANT<br>INTEGRITY COAL SALES, INC. | TYPE OF PROCESS<br>WRIT OF EXECUTION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ELKEM MATERIALS, INC.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
AIRPORT OFFICE PARK, BLDG 2, 400 ROUSER ROAD, MOON TOWNSHIP, PA 15108-2749

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BRANDEN P. MOORE, ESQUIRE
MCGUIREWOODS LLP
625 LIBERTY AVENUE, STE 2300
PITTSBURGH, PA 15222

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                              Fold

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: (412) 667-6050
DATE: 3/10/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date          Time          ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13