UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A&G COAL CORPORATION and<br>MEG-LYN LAND COMPANY, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>INTEGRITY COAL SALES, INC.<br><br>      Defendant,<br><br>      v.<br><br>XCOAL ENERGY & RESOURCES, LLC and<br>ELKEM MATERIALS, INC.,<br><br>      Garnishees. | No. 2:15-mc-91 |

## ORDER

AND NOW, to wit, this <u>14</u> day of <u>April</u>, 20<u>15</u>, IT IS ORDERED that Bill Onyshko from Onyshko Investigative Services be and the same specially appointed to serve the Writ of Execution and Interrogatories upon Elkem Materials, Inc. in this action.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(g), Federal Rules of Civil Procedure.

FOR THE COURT:



ROBERT V. BARTH, JR., CLERK
/s/Robert V. Barth, Jr.
Date: April 14, 2015


 /s/Sarah M. Sewall
DEPUTY CLERK
Date: April 14, 2015