# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A&G COAL CORPORATION and<br>MEG-LYN LAND COMPANY, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) | No. 2:15-mc-91 |
| v. | ) <br> ) | |
| INTEGRITY COAL SALES, INC. | ) <br> ) | |
| Defendant, | ) <br> ) | |
| v. | ) <br> ) | |
| XCOAL ENERGY & RESOURCES, LLC and<br>ELKEM MATERIALS, INC., | ) <br> ) <br> ) | |
| Garnishees. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF WRITS OF EXECUTION

PLEASE TAKE NOTICE THAT Integrity Coal Sales, Inc., by its counsel McGuireWoods LLP, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the writs of execution issued against the following garnishees in the above-captioned matter:

1. XCoal Energy & Resources, LLC; and

2. Elkem Materials, Inc.

PLEASE TAKE FURTHER NOTICE THAT nothing herein shall act to vacate or satisfy all or any part of the underlying Judgment docketed on February 5, 2015 in the United States District Court for the Western District of Pennsylvania and such Judgment remains fully enforceable and nothing herein shall act to impair or prejudice Integrity Coal Sales, Inc.'s rights with respect to the enforcement of such Judgment.

Dated: May 11, 2015									Respectfully submitted,

									INTEGRITY COAL SALES, INC.

									 /s/ Branden P. Moore_____
									Brian C. Root (Pa. Id. No. 306454)
									Branden P. Moore (Pa. Id. No. 314483)
									McGuireWoods LLP
									625 Liberty Avenue, 23rd Floor
									Pittsburgh, Pennsylvania 15222
									(412) 667-6000
									(412) 667-6050
									broot@mcguirewoods.com
									bmoore@mcguirewoods.com

									*Counsel for Integrity Coal Sales, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Writs of Execution was served this 11th day of May 2015 via United States Mail, First Class, postage pre-paid, to:

XCoal Energy & Resources, LLC
One Energy Place
Latrobe, PA 15650

Elkem Materials, Inc.
Airport Office Park, Building 2
400 Rouser Road
Moon Township, PA 15108


  /s/ Branden P. Moore

*Counsel to Integrity Coal Sales, Inc.*