UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A&G COAL CORPORATION and<br>MEG-LYN LAND COMPANY, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 2:15-mc-91 |
| v. | )<br>)<br>) | |
| INTEGRITY COAL SALES, INC. | )<br>) | |
| Defendant, | )<br>)<br>) | |
| v. | )<br>) | |
| XCOAL ENERGY & RESOURCES, LLC and<br>ELKEM MATERIALS, INC., | )<br>)<br>) | |
| Garnishees. | ) | |

## ORDER

Upon the Notice of Voluntary Dismissal of Writs of Execution of Integrity Coal Sales, Inc., IT IS HEREBY ORDERED that the writs of execution issued against the following garnishees in the above-captioned matter are hereby DISMISSED without prejudice:

1. XCoal Energy & Resources, LLC; and

2. Elkem Materials, Inc.

PLEASE TAKE FURTHER NOTICE THAT nothing herein shall act to vacate or satisfy all or any part of the underlying Judgment docketed on February 5, 2015 in the United States District Court for the Western District of Pennsylvania and such Judgment remains fully enforceable and nothing herein shall act to impair or prejudice Integrity Coal Sales, Inc.'s rights with respect to the enforcement of such Judgment.

Dated: May 11, 2015                    _/s/ Nora Barry Fischer_